IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **REGINA A.**, | Case No. 3:22-cv-00099-IM |
| Plaintiff, | **ORDER** |
| v. | |
| **COMMISSIONER OF SOCIAL SECURITY**, | |
| Defendant. | |

**IMMERGUT, District Judge.**

      Plaintiff filed a stipulated application for fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and supporting materials on November 30, 2023. *See* Stipulated Application for Fees Pursuant to EAJA, ECF 17; Declaration of Regina A., ECF 18. After considering Plaintiff's stipulated submission and supporting materials, this Court hereby ORDERS that attorney fees in the amount of $7,060.84 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Attorney and paralegal fees in the amount of $7,060.84 will be paid to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for

PAGE 1 – ORDER

offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney, Kevin Kerr: NW Disability benefits, LLC dba Kerr Robichaux & Carroll (TID 85- 3999428), P.O. Box 14490, Portland, OR 97293. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

**IT IS SO ORDERED.**

DATED this 6th day of December, 2023.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – ORDER